**STONE LAW GROUP, PLC**
Shawn L. Stone, Bar No. 23558
Mallory Powers, Bar No. 30384
3030 N. 3rd Street, Suite 200
Phoenix AZ 85012
Tel: (602) 264-0500 / Fax: (602) 264-0501
slstone@stonelawaz.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ADAM BOONE,<br><br>Plaintiff,<br><br>vs.<br><br>ENTERPRISE RECOVERY SYSTEMS, INC., an Illinois corporation,<br><br>Defendant. | Case No.: 2:15-cv-00961-ROS<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, Adam Boone, by and through undersigned counsel, hereby serves notice of settlement.

Plaintiff anticipates finalizing settlement and filing a Notice of Dismissal With Prejudice as to all Defendants pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, within 45-days.

DATED: August 2, 2016.

                                          STONE LAW GROUP, PLC

                                          / s / Shawn L. Stone

                                        _____
                                        By:    Shawn L. Stone
                                                   Mallory Powers
                                                   Attorneys for Plaintiff

**Certificate of Service**

A copy of this document electronically filed with The Office of the Clerk of the United States District Court for the District of Arizona using the CM/ECF System and mailed/emailed on August 2, 2016:

Michael R. Ayers, Esq.
Hinshaw & Culbertson, LLP
2375 E. Camelback Road, Suite 750
Phoenix, AZ 85016
Attorney for Defendant
Email: mayers@hinshawlaw.com


 / s / Shawn L. Stone
_____