# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adam Boone, | No. CV-15-00961-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Enterprise Recovery Systems Incorporated, et al., | |
| Defendants. | |

Pursuant to the Parties' stipulation of dismissal with prejudice (Doc. 44),

**IT IS ORDERED** this action is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** the United States District Court for the District of Arizona, Phoenix Division, shall retain exclusive and continuing jurisdiction to resolve any disputes arising out of the Parties' settlement.

Dated this 24th day of August, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge